**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6833**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAIME MENDEZ, a/k/a Frank Quintero,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L. Voorhees,
Chief District Judge.  (CR-95-34-V, CA-98-1-5-V)

———————

Submitted:  September 30, 1998     Decided:  October 15, 1998

———————

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jaime Mendez, Appellant Pro Se.  Harry Thomas Church, Assistant
United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jaime Mendez seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Mendez</u>, Nos. CR-95-34-V; CA-98-1-5-V (W.D.N.C. May 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2